**1**

UNITED STATES ex rel. Emily FUNICELLI, a friend of Bruno Fedeli, Relator Appellant, v. Henry H. CURRAN, Commissioner of Immigration at the Port of New York, Respondent Appellee.

(Circuit Court of Appeals, Second Circuit. April 19, 1926.)

No. 311.

Appeal from the District Court of the United States for the Southern District of New York.

A. P. Ruffalo, of New York City, for appellant.

Emory R. Buckner, of New York City (Charles L. Sylvester, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed.

**2**

UNITED STATES ex rel. Cyrla GOLDWASSER et al., Relators Appellants, v. Henry H. CURRAN, as Commissioner, etc., Respondent Appellee.

(Circuit Court of Appeals, Second Circuit. March 10, 1926.)

No. 283.

Appeal from the District Court of the United States for the Southern District of New York.

Morris Greenberg, of New York City, for appellants.

Emory R. Buckner, U. S. Atty., of New York City (Charles L. Sylvester, of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**3**

UNITED STATES ex rel. Vincenzo IERO, Relator Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent Appellee.

(Circuit Court of Appeals, Second Circuit. March 4, 1926.)

No. 264.

Appeal from the District Court of the United States for the Southern District of New York.

Gaspare M. Cusumano, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Nathan R. Margold, of New York City, Asst. U. S. Atty., of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**4**

UNITED STATES ex rel. Omar Lenox MACKLEM, Relator Appellant, v. COMMISSIONER OF IMMIGRATION AT THE PORT OF NEW YORK, Respondent Appellee.

(Circuit Court of Appeals, Second Circuit. March 15, 1926.)

No. 263.

Appeal from the District Court of the United States for the Southern District of New York.

Isaac Shorr, of New York City (Carol Weiss King, of New York City, of counsel), for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Nathan R. Margold, Asst. U. S. Atty., of New York City, of counsel), for respondent appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order affirmed.

**5**

Frank VAN HEUSDER et al., Plaintiffs in Error, v. UNITED STATES.

(Circuit Court of Appeals, Eighth Circuit. January 15, 1926.)

No. 7252.

In Error to the District Court of the United States for the Eastern District of Missouri.

Verne Lacy, of St. Louis, Mo., for plaintiffs in error.

Allen Curry, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error dismissed as to Frank Saiditi and Sam Trombone, on their motion, without costs to either party in this court.